SICKLEY BROTHERS, RESPONDENT, v. MICHEL & MOORE COMPANY, APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the respondent, *Riker & Riker.*

For the appellant, *Jacob E. Max.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, BODINE, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.